**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : Case No.: 14-14487 |
| **Sherri M. Watson AKA Sherri M. Burney** | : Chapter 13 |
| | : Judge Magdeline D. Coleman |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **Nationstar Mortgage LLC** | : Date and Time of Hearing |
| Movant, | : Place of Hearing |
| vs | : December 12, 2017 at 10:30 a.m. |
| | : |
| **Sherri M. Watson AKA Sherri M. Burney** | : U.S. Bankruptcy Court |
| | : 900 Market Street, Courtroom #2 |
| | : Philadelphia, PA, 19107 |
| **William C. Miller** | : |
| **Respondents.** | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION TO APPROVE LOAN MODIFICATION**
**(DOCUMENT NO. 74)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Loan Modification ("Motion") filed on November 14, 2017 at Document No. 74 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than December 1, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

    /s/ Karina Velter
    _____
    Karina Velter, Esquire (94781)
    Kimberly A. Bonner (89705)
    Adam B. Hall (323867)
    Sarah E. Barngrover (323972)
    Manley Deas Kochalski LLC

15-031221_RNM

        P.O. Box 165028
        Columbus, OH  43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Karina Velter.
        Contact email is kvelter@manleydeas.com

15-031221_RNM

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 14-14487** |
| **Sherri M. Watson AKA Sherri M. Burney** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | | |
| | : | |
| **Nationstar Mortgage LLC** | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| vs | : | **December 12, 2017 at 10:30 a.m.** |
| | : | |
| **Sherri M. Watson AKA Sherri M. Burney** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Courtroom #2** |
| | : | **Philadelphia, PA, 19107** |
| **William C. Miller** | : | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Certificate of No Response was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107

Ronald G. McNeil, Attorney for Sherri M. Watson AKA Sherri M. Burney, 1333 Race Street, Philadelphia, PA 19107-1585, r.mcneil1@verizon.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on December  5 , 2017:

Sherri M. Watson AKA Sherri M. Burney, 5715 Larchwood Avenue, Philadelphia, PA 19143-1209

Sherri M. Watson AKA Sherri M. Burney, 5715 Larchwood Avenue, Philadelphia, PA 19143

Nationstar Mortgage, 350 Highland Drive, Lewisville, TX  75067

15-031221_RNM

PA Housing Finance Agency, 211 N. Front Street, Harrisberg, PA  17105

PA Bureau of U.C. Benefits, 651 Boas Street, Room 501, Harrisburg, PA  17121

Philadelphia Law Department, 1401 JFK Blvd, Philadelphia, PA  19102

DATE: __12/5/17_____

/s/ Karina Velter
_____
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

15-031221_RNM