## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 14-14487** |
| **Sherri M. Watson AKA Sherri M. Burney** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| | : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **Nationstar Mortgage LLC** | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| vs | : | **December 12, 2017 at 10:30 a.m.** |
| | : | |
| **Sherri M. Watson AKA Sherri M. Burney** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Courtroom #2** |
| | : | **Philadelphia, PA, 19107** |
| **William C. Miller** | : | |
| **Respondents.** | | |

### ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 20___, upon consideration of the Motion for Approval of Loan Modification filed by Nationstar Mortgage LLC ("Creditor"), it is hereby **ORDERED, ADJUDGED AND DECREED,** that the Motion is granted and the loan modification approved.

DATED: _____, 2017

_____
MAGDELINE D. COLEMAN, JUDGE
UNITED STATES BANKRUPTCY COURT

15-031221_RNM