United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                      Case No. 14-14487-mdc
Sherri M. Watson                                            Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: John           Page 1 of 1        Date Rcvd: Dec 18, 2017
                            Form ID: pdf900      Total Noticed: 8
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2017.
db              Sherri M. Watson,   5715 Larchwood Avenue,   Philadelphia, PA  19143-1209
cr             +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, TX 76096-3853
13321221       ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage,   Bankruptcy Department,   350 Highland Drive,
                 Lewisville, TX 75067-4177)
13620120       +NATIONSTAR MORTGAGE LLC,   c/o KARINA VELTER,   Manley Deas Kochalski LLC,   P.O. Box 165028,
                 Columbus, OH 43216-5028
13321222        Nationstar Mortgage,   c/o Strategic Recovery Group, Inc.,   7880 Bent Branch Drive, Suite 150,
                 Irving, TX  75063-6045

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 19 2017 01:24:41    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 19 2017 01:24:22
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 19 2017 01:24:37    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                        TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13396256*      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,   ATTN: Bankruptcy Department,
                 PO BOX 630267,   Irving, TX 75063)
13507538*      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,   PO Box 619096,   Dallas, TX 75261-9741)
                                                                         TOTALS: 0, * 2, ## 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2017 at the address(es) listed below:
            ANDREW F GORNALL   on behalf of Creditor   NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            KARINA VELTER   on behalf of Creditor   NATIONSTAR MORTGAGE LLC amps@manleydeas.com
            RONALD G. MCNEIL   on behalf of Plaintiff Sherri M. Watson r.mcneill@verizon.net
            RONALD G. MCNEIL   on behalf of Debtor Sherri M. Watson r.mcneill@verizon.net
            THOMAS I. PULEO   on behalf of Creditor   NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                         TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Sherri M. Watson, | : | |
| Debtor. | : | Bankruptcy No.  14-14487-MDC |

# O R D E R

AND NOW, this 18th day of December, 2017, it is hereby **ORDERED** that if Sherri M.

Watson (the "Debtor") and Nationstar Mortgage LLC ("Mortgagee") elect to enter into the

proposed loan modification under the terms proposed by Mortgagee, the Debtor and Mortgagee

may do so without there being any violation of the bankruptcy stay, or the provisions of 11

U.S.C. §362.

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Ronald G. McNeil, Esquire
McNeil Legal Services
1333 Race Street
Philadelphia, PA 19107-1585

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107