Certificate Number: 15317-PAE-DE-032465274

Bankruptcy Case Number: 14-14487



15317-PAE-DE-032465274

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 19, 2019</u>, at <u>8:38</u> o'clock <u>AM PDT</u>, <u>Sherri Watson</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>March 19, 2019</u>            By:   <u>/s/Glenn Crisostomo</u>

Name:   <u>Glenn Crisostomo</u>

Title:   <u>Counselor</u>