UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|   |   |   |
|---|---|---|
| In re | : | Case No. 14 - 14487 |
| Sherri M. Watson | : | (Chapter 13) |
| Debtor. | : |  |
|  | : | Hon. Magdeline D. Coleman |
|  | : |  |

## ORDER

AND NOW, this 17th day of July, 2019, upon consideration of Debtor's Motion to Discontinue Wage Deduction, and any responses thereto, it is hereby ORDERED that this November 2, 2015 Wage Order is TERMINATED.

BY THE COURT:

_Magdeline D. Coleman_
Hon. Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Copies to:
Debtor: Sherri M. Watson
Debtor's Attorney: Ronald G. McNeil, Esquire
Office of the Trustee
Chapter 13 Standing Trustee: William C. Miller, Esquire