United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sherri M. Watson  
    Debtor

Case No. 14-14487-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Keith      Page 1 of 1      Date Rcvd: Jul 17, 2019  
                  Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2019.
```
db             Sherri M. Watson,    5715 Larchwood Avenue,    Philadelphia, PA   19143-1209
cr            +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
               Arlington, TX 76096-3853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 18 2019 03:37:12
               AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
               Arlington, TX 76096-3853
```
                                                                                                                                                                       TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2019 at the address(es) listed below:
```
          ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KARINA  VELTER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
          RONALD G. MCNEIL    on behalf of Plaintiff Sherri M. Watson r.mcneill@verizon.net
          RONALD G. MCNEIL    on behalf of Debtor Sherri M. Watson r.mcneill@verizon.net
          THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
```
                                                                                                                                                                         TOTAL: 7

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | : | |
|---|---|---|
| In re | : | Case No. 14 - 14487 |
| Sherri M. Watson | : | (Chapter 13) |
| Debtor. | : | |
| | : | Hon. Magdeline D. Coleman |
| | : | |

# ORDER

AND NOW, this 17th day of July, 2019, upon consideration of Debtor's Motion to Discontinue Wage Deduction, and any responses thereto, it is hereby ORDERED that this November 2, 2015 Wage Order is TERMINATED.

BY THE COURT:

*Magdeline D. Coleman*

Hon. Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Copies to:
Debtor: Sherri M. Watson
Debtor's Attorney: Ronald G. McNeil, Esquire
Office of the Trustee
Chapter 13 Standing Trustee: William C. Miller, Esquire