United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 14-14487-mdc
Sherri M. Watson                                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Keith           Page 1 of 2          Date Rcvd: Sep 17, 2019
                             Form ID: 138NEW        Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
db              Sherri M. Watson,    5715 Larchwood Avenue,    Philadelphia, PA 19143-1209
13321213       +Columbia House,    Bankruptcy Department,    1400 N. Fruitridge Avenue,
                 Terre Haute, IN 47804-1776
13321214        Columbia House,    c/o Universal Fidelity, LP,    16325 Westheimer Road,
                 Houston, TX  77082-1233
13321215      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                (address filed with court: DirecTV,     Bankruptcy Department,     2230 E. Imperial Highway,
                 El Segundo, CA 90245-3504)
13321216       +DirecTV,    c/o 1st Nat'l Collection Bureau, Inc.,     610 Waltham Way,    McCarran, NV 89437-6695
13321217      #+Fannie Mae,    Bankruptcy Department,    3900 Wisconsin Avenue, NW,    Washington, DC 20016-2806
13321218        Fannie Mae,    c/o Dyck-ONeal, Inc.,    1301 So. Bowen Road, Suite 140,
                 Arlington, TX  76013-2301
13321221      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,     Bankruptcy Department,     350 Highland Drive,
                 Lewisville, TX 75067-4177)
13620120       +NATIONSTAR MORTGAGE LLC,    c/o KARINA VELTER,    Manley Deas Kochalski LLC,    P.O. Box 165028,
                 Columbus, OH 43216-5028
13321222        Nationstar Mortgage,    c/o Strategic Recovery Group, Inc.,    7880 Bent Branch Drive, Suite 150,
                 Irving, TX  75063-6045
13321224        Pennsylvania Bureau of U.C. Benefits,    U.I. Payments Services,    Labor & Industry Bldg,
                 651 Boas Street, Room 501,    Harrisburg, PA 17121-0750
13351183        Ronald G. McNeil, Esquire,    1333 Race Street,    Philadelphia, PA 19107-1585
13321226       +Slomins Alarm, Inc.,    125 Lauman Lane,    Hicksville, NY 11801-6539

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 18 2019 03:50:15    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 18 2019 03:49:14
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 18 2019 03:49:50    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13329380        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 18 2019 03:48:38
                 Americredit Financial Services, Inc.,    PO Box 183853,    Arlington TX 76096
13337784        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 18 2019 03:48:38
                 AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13321212       +E-mail/Text: broman@amhfcu.org Sep 18 2019 03:49:36    American Heritage F.C.U.,
                 2060 Red Lion Road,    Philadelphia, PA 19115-1699
13373647        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 18 2019 04:01:09
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13419300        E-mail/Text: megan.harper@phila.gov Sep 18 2019 03:50:15    City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13382945       +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Sep 18 2019 03:50:48
                 Department of Labor and Industry,    Office of Chief Counsel,
                 Unemployment Compensation Division,    651 Boas Street,    harrisburg Pa. 17121-0725
13321219        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 18 2019 03:48:38    GM Financial,
                 Bankruptcy Center,    801 Cherry Street, Suite 3500,    Ft. Worth, TX 76102-6854
13321220        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 18 2019 03:48:45    Lane Bryant,
                 P.O. Box 182124,    Columbus, OH  43218-2124
13321223        E-mail/Text: blegal@phfa.org Sep 18 2019 03:49:31    Pennsylvania Housing Finance Agency,
                 211 N. Front Street,    P.O. Box 8029,    Harrisburg, PA  17105-8029
13321225       +E-mail/Text: megan.harper@phila.gov Sep 18 2019 03:50:15    Philadelphia Law Department,
                 Bankruptcy Unit,    Municipal Services Bldg,    1401 JFK Blvd, Room 508,
                 Philadelphia, PA 19102-1617
13359634        E-mail/Text: appebnmailbox@sprint.com Sep 18 2019 03:49:27    Sprint,    Attn Bankruptcy Dept,
                 PO Box 7949,    Overland Park KS 66207-0949
14374999        E-mail/Text: jennifer.chacon@spservicing.com Sep 18 2019 03:50:50
                 Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
13321227        E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Sep 18 2019 03:59:21    T-Mobile USA, Inc.,
                 ATTN: Bankruptcy Department,    P.O. Box 53410,    Belevue, WA  98015-3410
13321228        E-mail/Text: bankruptcydpt@mcmcg.com Sep 18 2019 03:49:28    T-Mobile USA, Inc.,
                 c/o Encore Capital Group, Inc.,    Midland Credit Mgmt., Inc.,    8875 Aero Drive, Ste 220,
                 San Diego, CA 92123-2255
13321229        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 18 2019 03:47:00
                 Verizon Communications,    Bankruptcy Department,    404 Brock Drive,
                 Bloomington, IL 61701-2654
                                                                                        TOTAL: 18

```
District/off: 0313-2          User: Keith           Page 2 of 2            Date Rcvd: Sep 17, 2019
                             Form ID: 138NEW        Total Noticed: 31
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Select Portfolio Servicing, Inc., as servicing age
cr*            +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
               Arlington, TX 76096-3853
13396256*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,   ATTN: Bankruptcy Department,
               PO BOX 630267,   Irving, TX 75063)
13507538*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,   PO Box 619096,   Dallas, TX 75261-9741)
                                                                        TOTALS: 1, * 3, ## 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          KARINA VELTER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
          RONALD G. MCNEIL    on behalf of Plaintiff Sherri M. Watson r.mcneill@verizon.net
          RONALD G. MCNEIL    on behalf of Debtor Sherri M. Watson r.mcneill@verizon.net
          THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@phl3trustee.com,  philaecf@gmail.com
                                                                        TOTAL: 7
```

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

_____

In Re: Sherri M. Watson

           Debtor(s)

Bankruptcy No: 14−14487−mdc

Chapter: 13

_____

### ***NOTICE OF DEADLINES***

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2.  Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3.  Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                            For The Court
                                        Timothy B. McGrath
                                        Clerk of Court

Dated: 9/17/19

91 − 90
Form 138_new
